UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON LEE SUTTON,<br><br>       Plaintiff,<br><br> v.<br><br>STEPHEN SINCLAIR, *et al*.,<br><br>       Defendants. | Case No. C19-1119-BJR-MLP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVER-LENGTH BRIEF |

  This is a civil rights action proceeding under 42 U.S.C. § 1983. This matter comes before the Court at the present time on Plaintiff's motion to file an over-length brief in response to Defendants' pending motion for summary judgment. (Dkt. # 43.) Plaintiff requests in his motion that his accompanying responsive brief (dkt. # 44), which is 53 pages in length, be accepted for filing. (*Id.*) Plaintiff insists that, despite his best efforts, he was unable to shorten his brief to comply with the 24-page limit as set forth in Local Civil Rule (LCR) 7(e)(3). (Dkt. # 43 at 3.)

  Defendants, in their reply brief in support of their motion for summary judgment, note their objection to Plaintiff filing such a lengthy brief, but then proceed to address Plaintiff's arguments as necessary within the authorized page limit. (Dkt. # 41 at 2.) While the Court agrees

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE OVER-LENGTH
BRIEF - 1

with Defendants that 53 pages is excessive given the relatively straightforward nature of this case, Defendants' summary judgment motion is now fully briefed and the Court deems it most expeditious to accept Plaintiff's responsive brief as filed so that it may move on to disposition of Defendants' motion.

Based on the foregoing, Plaintiff's motion to file an over-length brief (dkt. # 43) is GRANTED. The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Barbara J. Rothstein.

DATED this 7th day of July, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO FILE OVER-LENGTH
BRIEF - 2