1
2
3
4
5
6            UNITED STATES DISTRICT COURT
7            WESTERN DISTRICT OF WASHINGTON
                      AT SEATTLE

8   JASON LEE SUTTON,

9                        Plaintiff,            Case No. C19-1119-BJR

10        v.
                                               ORDER GRANTING DEFENDANTS'
11  STEPHEN SINCLAIR, *et al*.,                MOTION FOR SUMMARY
                                               JUDGMENT
12                       Defendants.

13

14      The Court, having reviewed Plaintiff's complaint, Defendants' motion for summary

15  judgment, the Report and Recommendation of the Honorable Michelle L. Peterson, United States

16  Magistrate Judge, and the remaining record, hereby finds and ORDERS:

17      (1)    The Report and Recommendation is approved and adopted.

18      (2)    Defendants' motion for summary judgment (dkt. # 19) is GRANTED with respect

19  to all of Plaintiff's federal constitutional claims, and Plaintiff's complaint (dkt. #6) and this

20  action are DISMISSED with prejudice as to all such claims.

21      (3)    Plaintiff's complaint (dkt. # 6) and this action are DISMISSED without prejudice

22  as to all state law claims asserted in the complaint.

23

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

(4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to Judge Peterson.

DATED this 9th day of December, 2020.

_Barbara J. Rothstein_
BARBARA J. ROTHSTEIN
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2